UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> BOBBY LEWIS <br> Defendant. | Crim. No.   14-655(JLL) <br><br> <u>ORDER OF REFERRAL</u> |

The defendant, Bobby Lewis S, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Joseph A. Dickson to administer the allocution pursuant to Fed.R.Crim.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: November 17, 2014

/s/ Jose L. Linares
United States District Judge

CONSENTED TO:

_____
Bobbi Lewis, Defendant
Bobby

_____
Lisa Mack, AFPD
Attorney for Defendant